# Court of Appeals
# of the State of Georgia

ATLANTA,  August 24, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2564.  THE STATE v. JOSHUA JARAN JOHNSON.**

The appellee, after being indicted for murder, filed a motion to dismiss for lack of subject matter jurisdiction in the Superior Court of Whitfield County and to transfer the case to the juvenile court. The trial court denied the appellee's motion to dismiss but granted his request to transfer the case to the juvenile court. The State filed a notice of appeal to this Court, but we lack jurisdiction. *State v. Murray*, 286 Ga. 258, 259 (1) (687 SE2d 790) (2009) ("If the underlying action is a murder case, [the Supreme Court of Georgia] has jurisdiction of [a pre-conviction] appeal, regardless of whether the order being appealed is based on facts having some bearing on the underlying criminal  trial."); see also *State v. Thornton*, 253 Ga. 524 (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court of Georgia all cases involving murder convictions "and all pre-conviction appeals in murder cases[.]"). Accordingly, the APPELLEE'S MOTION TO TRANSFER TO SUPREME COURT OF GEORGIA is hereby GRANTED, and this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  08/24/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____ *, Clerk.*